**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

**KELVIN LAMONT McLEAN,**      :

      **Petitioner**      :

               **CIVIL ACTION NO. 3:19-0667**

**v.**      :

             **(Judge Mannion)**

**Warden, BRIAN S. CLARK,**      :

      **Respondent**      :

**ORDER**

    For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

    1.    The petition for writ of habeas corpus, (Doc. 1) is **DISMISSED** without prejudice.

    2.    The Clerk of Court shall **CLOSE** the above captioned case.

    3.    There is no basis for the issuance of a Certificate of Appealability. See to 28 U.S.C. §2253(c)(3).

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

<u>**Dated:**</u>   **November 5, 2019**
19-0667-01